ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Scott K. Dauscher          State Bar No. 204105
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333
SDauscher@aalrr.com

GOLDBERG KOHN LTD.
David E. Morrison (admitted pro hac vice)
Kathryn B. Walter (admitted pro hac vice)
55 East Monroe, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 201-4000
Fax: (312) 332-2196
David.Morrison@goldbergkohn.com
Kathryn.Walter@goldbergkohn.com

Attorneys for Defendants Abbott Laboratories, Abbott Laboratories Inc., AbbVie, Inc. and Aneta Austin

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLLE MARSHALL,<br><br>             Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES, ABBOTT LABORATIES INC., which conducts business in California as ABBOTT SALES, MARKETING & DISTRIBUTION CO.; ABBVIE, INC.; ANETA AUSTIN; DOES 1 THROUGH 20,<br><br>             Defendants. | Case No.: 8:13-cv-01867-JVS-JEM<br><br>**JUDGMENT** |

This action came on for hearing before the Court on September 15, 2014, Honorable James V. Selna, District Court Judge presiding, on a motion for summary judgment by Defendants Abbott Laboratories, Abbott Laboratories Inc., AbbVie, Inc. and Aneta Austin. The evidence having been fully considered, the issues having been duly heard and a decision having been duly rendered:

Goldberg Kohn Ltd.
Attorneys At Law
Chicago
014519.00011
12375886.1

[PROPOSED] JUDGMENT

6010322v1 8/12/2014 3:19 PM                                                    4651.186

- 2 -

1    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Nicolle
2 Marshall take nothing from the Defendants Abbott Laboratories, Abbott
3 Laboratories Inc., AbbVie, Inc. and Aneta Austin, and each of them, that the
4 action be dismissed on the merits and that Defendants recover their costs as
5 permitted by law.

7 Dated: September 22, 2014

By: _____
Judge of the United States District Court

Goldberg Kohn Ltd.
Attorneys At Law
Chicago
014519.00011
12375886.1

- 2 -
[PROPOSED] JUDGMENT